**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Allstar Fire Equipment |
| Defendant 4 | Amerex Corporation |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | Arkema Inc. |
| Defendant 7 | Buckeye Fire Equipment Company |
| Defendant 8 | Carrier Global Corporation |
| Defendant 9 | CB Garment, Inc. (Crewboss) |
| Defendant 10 | ChemDesign Products Inc. |
| Defendant 11 | Chemguard Inc. |
| Defendant 12 | Chemicals Incorporated |
| Defendant 13 | Chemours Company FC, LLC |
| Defendant 14 | Chubb Fire Ltd. |
| Defendant 15 | Clariant Corporation |
| Defendant 16 | Corteva, Inc. |

| Defendant 17 | Daikin America, Inc. |
| Defendant 18 | Deepwater Chemicals Inc. |
| Defendant 19 | Dupont De Nemours, Inc. (f/k/a Dowdupont Inc.) |
| Defendant 20 | Dynax Corporation |
| Defendant 21 | E.I. Du Pont De Nemours and Company |
| Defendant 22 | Fire-Dex, LLC |
| Defendant 23 | Fire Service Plus, Inc. |
| Defendant 24 | Globe Manufacturing Company LLC |
| Defendant 25 | Honeywell Safety Products USA |
| Defendant 26 | Innotex Corp. |
| Defendant 27 | Johnson Controls, Inc. |
| Defendant 28 | Kidde Plc, Inc. |
| Defendant 29 | L.N. Curtis & Sons |
| Defendant 30 | Lion Group, Inc. |
| Defendant 31 | Mine Respirator Company, LLC |
| Defendant 32 | Milliken & Company |
| Defendant 33 | Municipal Emergency Services, Inc. |
| Defendant 34 | Nation Ford Chemical Company |
| Defendant 35 | National Foam, Inc. |
| Defendant 36 | PBI Performance Products, Inc. |
| Defendant 37 | Perimeter Solutions, LP |
| Defendant 38 | Ricochet Manufacturing Company, Inc. |
| Defendant 39 | Safety Components Fabric Technologies, Inc. |
| Defendant 40 | Southern Mills, Inc. |

| Defendant 41 | Stedfast USA Inc. |
| Defendant 42 | The Chemours Company |
| Defendant 43 | Tyco Fire Products LP, as successor-in-interest to The Ansul Company |
| Defendant 44 | United Technologies Corporation |
| Defendant 45 | UTC Fire & Security Americas Corp., Inc. (f/k/a Ge Interlogix, Inc.) |
| Defendant 46 | Veridian Limited |
| Defendant 47 | W.L. Gore & Associates, Inc. |
| Defendant 48 | Witmer Public Safety Group, Inc. |

## **Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

       ☒      Diversity

       ☒      Federal Question

       ☐      The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

       ☐      Other: _____.

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## **Plaintiff's Allegations of Exposure**

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____

Count XVII – _____

Count XVIII – _____

Count XIX – _____

Count XX – _____

Others

_____

_____

_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 1ˢᵗ, 2025

Respectfully Submitted,

*/s/ James Ryan Ziminskas*___

James Ryan Ziminskas

Texas Bar # 24111225

Themis Law, PLLC

7718 Wood Hollow Drive

Suite 105

Austin, Texas 78731

Phone: (737) 208-1636

rziminskas@themislawpllc.com

***Attorneys For Plaintiff***

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Patt, Michael Warren | 9/24/1955 | FL | Middle District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 2. | Paulikonis, Eric C. | 10/18/1970 | SD | District of South Dakota | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 3. | Paulino, Alex | 12/2/1986 | RI | District of Rhode Island | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 4. | Peary, Richard | 12/22/1948 | NY | Northern District of New York | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 5. | Peet, Dale | 7/16/1965 | AZ | District of Arizona | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 6. | Pegram, Ronnie | 1/24/1951 | VA | Eastern District of Virginia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 7. | Pembleton, Mark | 3/10/1980 | VA | Eastern District of Virginia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 8. | Pena, Jesus | 5/10/1957 | MI | Eastern District of Michigan | X | X | X | Unknown | I, II, III, IV, V, VI,VII, VIII, IX |
| 9. | Penn, Clarence , Jr. | 3/20/1966 | NC | Eastern District of | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | |
| 10. | Penn, Pamela | 5/12/1974 | VA | Eastern District of Virginia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 11. | Pennington, William L. | 4/12/1944 | AL | Northern District of Alabama | X | X | X | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 12. | Perdigone, Kathleen Harris | 7/1/1955 | NC | Middle District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 13. | Perez, Julio Cesar | 9/22/1992 | TX | Western District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 14. | Perry, Patricia A. | 12/20/1957 | OR | District of Oregon | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 15. | Perry, Ronnie | 8/30/1957 | GA | Middle District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 16. | Perry, Shane | 7/28/1983 | TX | Eastern District of Texas | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 17. | Perry, William J. | 6/1/1951 | CO | District of Colorado | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 18. | Phillips, Brendon | 3/3/1989 | GA | Southern District of Georgia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | Phillips, Rodney R. | 3/5/1963 | WA | Eastern District of Washington | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 20. | Phillips, Scott | 8/27/1959 | CO | District of Colorado | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 21. | Pierrelouis, Johnny | 5/15/1981 | FL | Southern District of Florida | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 22. | Pilgrim, Jerry | 3/23/1955 | IA | Northern District of Iowa | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 23. | Piotrowski, Ralf Johann | 11/14/1971 | NY | Western District of New York | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 24. | Pittman, Patrick | 9/23/1964 | OK | Western District of Oklahoma | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 25. | Pitts, Andrea Kay | 8/21/1969 | TX | Eastern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 26. | Piwowar, Daniel | 3/28/1967 | MN | District of Minnesota | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 27. | Plourde, Roger Joseph | 11/7/1965 | IA | Northern District of Iowa | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 28. | Polasek, Savannah | 3/5/1986 | TX | Eastern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Poole, Jeffory | 6/19/1977 | OH | Northern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 30. | Poole, William Cecil | 2/5/1954 | OH | Southern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 31. | Porter, Carolene Sue | 1/10/1964 | NH | District of New Hampshire | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 32. | Porter, Jack | 3/16/1956 | CA | Eastern District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 33. | Potts, John | 12/15/1968 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 34. | Prahin, Frank W. | 10/13/1949 | MI | Eastern District of Michigan | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 35. | Pratt, Craig Thomas | 10/20/1964 | FL | Middle District of Florida | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 36. | Pressley, Chris Lee, Jr. | 4/7/1962 | CA | Southern District of California | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 37. | Price, Michael | 9/4/1974 | AL | Southern District of Alabama | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 38. | Pridgen, Kevin Devon | 5/17/1990 | AL | Middle District of Alabama | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 39. | Printup-Dyer, Dennis L. | 11/25/1986 | NV | District of Nevada | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 40. | Pruitt, Brandon | 10/4/1985 | VA | Western District of Virginia | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 41. | Quesenberry, Austin | 3/29/1996 | GA | Northern District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 42. | Quimod, Jimmy | 10/24/1965 | TX | Northern District of Texas | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 43. | Quinonez Solis, Arturo | 12/11/1971 | TX | Western District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 44. | Rahe, Steven Leonard | 7/9/1970 | GA | Middle District of Georgia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 45. | Rainey, Ac , III | 11/21/1985 | CA | Northern District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 46. | Ralph, Juliet o/b/o Ralph, Kenneth | 9/6/1956 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX, X |
| 47. | Ralstin, Tracey | 6/18/1963 | WA | Eastern District of Washington | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Rambo, Shawn Orienthal | 5/16/1969 | NV | District of Nevada | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 49. | Ramey, Joseph | 6/17/1964 | GA | Northern District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 50. | Ramirez, Arthur | 9/17/1952 | CA | Eastern District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 51. | Ramirez, David | 4/4/1961 | TX | Western District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 52. | Ramos, Lilia | 6/14/1962 | CA | Central District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 53. | Ramsey, Jack Edward | 10/13/1961 | AZ | District of Arizona | X | X | X | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 54. | Rankin, William Marc | 7/27/1956 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 55. | Rasberry, Dartagnan | 7/18/1963 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 56. | Ratcliff, John Frederick | 3/4/1953 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 57. | Rathbun, Eric David | 8/14/1966 | TX | Northern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Ray, Tenette S. | 7/4/1973 | CA | Northern District of California | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 59. | Reali, James | 4/15/1948 | OK | Western District of Oklahoma | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 60. | Reed, Clifford , Jr. | 9/22/1948 | TX | Western District of Texas | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 61. | Reed, Roger | 5/18/1952 | WA | Western District of Washington | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 62. | Reeves, Christopher Lee | 1/1/1983 | VA | Western District of Virginia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 63. | Reeves, Matthew W | 2/7/1978 | IN | Southern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 64. | Regala, Peter I. | 4/21/1965 | NV | District of Nevada | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 65. | Reich, Ritchie | 5/6/1957 | AL | Southern District of Alabama | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 66. | Reid, Bonnie o/b/o Reid, Audie | 4/28/1951 | AZ | District of Arizona | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX, X |
| 67. | Reid, Billy Hoyle | 10/1/1951 | NC | Western District of | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | |
| 68. | Reilly, John | 10/22/1958 | TN | Eastern District of Tennessee | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 69. | Reimer, Richard | 5/18/1957 | MN | District of Minnesota | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 70. | Relation, Patrick | 1/7/1949 | NJ | District of New Jersey | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 71. | Renaud, Carl A. | 12/9/1982 | MI | Eastern District of Michigan | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 72. | Renaud, Louis Charles | 5/25/1951 | MO | Western District of Missouri | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 73. | Rengucci, Janet | 10/8/1961 | MA | District of Massachusetts | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 74. | Renneker, John | 8/19/1963 | TX | Southern District of Texas | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 75. | Reno, Mario | 4/10/1978 | AZ | District of Arizona | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 76. | Reser, Ronald | 9/10/1951 | CA | Eastern District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 77. | Reyes, Harald Anton | 9/6/1960 | NC | Western District of North Carolina | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 78. | Reyes, Soliman | 11/14/1953 | IA | Southern District of Iowa | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 79. | Reynolds, William F. | 6/1/1975 | TN | Middle District of Tennessee | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 80. | Ribas, Renato A. | 1/29/1962 | FL | Southern District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 81. | Rice, Michael | 1/28/1988 | VA | Eastern District of Virginia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 82. | Rich, Roger | 7/11/1956 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 83. | Richards, Mary Carlyn | 12/20/1977 | TX | Southern District of Texas | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 84. | Richardson, Jeff | 3/16/1971 | WI | Eastern District of Wisconsin | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 85. | Richardson, Ronald | 3/23/1953 | MS | Southern District of Mississippi | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 86. | Richason, Marci | 11/14/1959 | MO | Eastern District of Missouri | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 87. | Ricigliano, Thomas A. | 7/26/1974 | NJ | District of New Jersey | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 88. | Riddle, Michael | 4/27/1961 | PA | Western District of Pennsylvania | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 89. | Ridlon, Hazel | 2/18/1950 | WI | Western District of Wisconsin | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 90. | Riefer, Arlie | 7/14/1948 | OK | Western District of Oklahoma | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 91. | Rimes, Bill | 1/21/1939 | FL | Northern District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 92. | Rininger, Robert | 1/10/1961 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 93. | Riss, Toni | 12/4/1952 | TX | Northern District of Texas | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 94. | Rivera Cruz, Tracy | 5/30/1974 | FL | Middle District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 95. | Rivers, Julia | 3/26/1956 | NC | Middle District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 96. | Robbins, Darrell Lee | 5/11/1965 | MO | Western District of Missouri | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 97. | Robbins, Jeffrey Alan, Jr. | 12/3/1979 | LA | Western District of Louisiana | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 98. | Roberts, William W. | 7/20/1970 | CT | District of Connecticut | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 99. | Robertson, Kenneth | 6/30/1968 | NJ | District of New Jersey | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 100. | Robinson, Charles | 9/2/1954 | NV | District of Nevada | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 101. | Robinson, Clarence | 12/14/1962 | FL | Middle District of Florida | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 102. | Robinson, Ronnie | 8/11/1959 | AZ | District of Arizona | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 103. | Robles, David , Sr. | 9/15/1966 | AZ | District of Arizona | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 104. | Rodriguez, Thomas | 10/6/1980 | NV | District of Nevada | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 105. | Roldan, Monte | 9/23/1951 | HI | District of Hawaii | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 106. | Romatowski, Randy | 9/12/1965 | ME | District of Maine | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 107. | Rowell, Kimberly Diane | 9/21/1982 | TX | Northern District of Texas | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 108. | Roxbury, Michael Allen | 9/2/1965 | OR | District of Oregon | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 109. | Rucker, Jon D | 5/10/1970 | OR | District of Oregon | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 110. | Rudgers, Keith | 6/18/1984 | NC | Eastern District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 111. | Rupp, Allan | 10/29/1954 | NC | Eastern District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 112. | Russell, Cazzie | 2/14/1978 | GA | Middle District of Georgia | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 113. | Russell, Roger | 6/26/1955 | TX | Eastern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 114. | Rutherford, Kendall | 4/2/1981 | GA | Northern District of Georgia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 115. | Sadvar, Edward K. | 7/3/1963 | KY | Western District of Kentucky | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 116. | Salakovich, James | 2/25/1971 | WV | Northern District of West Virginia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 117. | Salazar, Brian | 8/9/1970 | CA | Central District of California | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 118. | Salazar, Joseph Guadalupe | 9/25/1974 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Saldana, Aldo | 5/1/1982 | CA | Central District of California | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 120. | Samuel, Antonina Lucetta | 8/25/1982 | TX | Southern District of Texas | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 121. | Sanders, Glen E. | 4/24/1951 | NV | District of Nevada | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 122. | Sanders, Ronny | 10/7/1961 | AL | Northern District of Alabama | X | X | X | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 123. | Saulmon, John | 12/20/1964 | MO | Western District of Missouri | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 124. | Scammon, Tammy J. | 12/24/1958 | OR | District of Oregon | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 125. | Schadowsky, Thomas | 6/4/1947 | MS | Northern District of Mississippi | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 126. | Schipani, Anthony Joseph | 12/1/1976 | IL | Northern District of Illinois | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 127. | Schlager, Stephen Paul | 9/4/1966 | ID | District of Idaho | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 128. | Schubert, Steven Harry | 4/10/1953 | WI | Western District of Wisconsin | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 129. | Schultz, Michael Alex | 2/18/1959 | MO | Eastern District of Missouri | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 130. | Seaman, Jackie | 1/30/1955 | TX | Eastern District of Texas | X | X | X | Thyroid Disease; Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 131. | Sewell, Hansel | 11/10/1980 | TX | Eastern District of Texas | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 132. | Sexton, Alan L. | 12/27/1961 | FL | Middle District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 133. | Seymour, Louis C. | 3/30/1959 | AL | Southern District of Alabama | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 134. | Shaiya, Yusuf A. | 3/1/1966 | TX | Northern District of Texas | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 135. | Shake, Donald | 8/4/1945 | MD | District of Maryland | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 136. | Shane, Bryan | 7/22/1960 | OH | Northern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 137. | Shavers, Jabien | 3/11/1997 | MD | District of Maryland | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 138. | Shaw, Melissa Aanne | 12/5/1979 | MO | Eastern District of Missouri | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 139. | Shera, Steven M. | 3/10/1964 | FL | Middle District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 140. | Shipton, Paul , Jr. | 3/10/1961 | MD | District of Maryland | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 141. | Shockley, Deborah L. | 9/25/1962 | DE | District of Delaware | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 142. | Shomin, Michael | 11/24/1952 | FL | Northern District of Florida | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 143. | Short, Michael | 8/3/1958 | NY | Eastern District of New York | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 144. | Shough, Matthew R | 1/6/1970 | WA | Western District of Washington | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 145. | Shultz, Mark | 3/11/1994 | SC | District of South Carolina | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 146. | Shykes, Timothy | 11/5/1960 | AZ | District of Arizona | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 147. | Sides, Brian Allen | 5/27/1970 | TX | Southern District of Texas | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 148. | Simmons, Richard | 2/28/1962 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | Simmons, William | 8/15/1962 | TX | Western District of Texas | X | X | X | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 150. | | | | | | | | | |